IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| AVA DEAKIN, by her parents and next friends, WILLIAM J. DEAKIN and LISA M. DIEHLMANN, et al., <br><br> *Plaintiffs*, <br> v. <br><br> OLD TOWN TRIANGLE ASSOCIATION, <br><br> *Defendant*. | Case No. 1:19-cv-08229 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED by the United States District Court for the Northern District of Illinois that:

1. This matter is dismissed with prejudice; and

2. The parties will each bear their own costs.

ENTERED this 30th day of March, 2021.

_____
MARVIN E. ASPEN
United States District Judge for the
Northern District of Illinois